AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

JAN 3 1 2023

MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

United States of America

v.

JAMERE L. MAISONET

*Defendants*

Case No. 23-mj-5038

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about January 30, 2023, in the Western District of New York, the defendant, **JAMERE L. MAISONET**, did knowingly, intentionally, and unlawfully possess with the intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

JEFFREY A. HOMZA
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to and signed telephonically.

Date: January 31, 2023

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State:  Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK    )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

### I.   INTRODUCTION

I, **Jeffrey A. Homza**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") of the United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have served as an FBI Special Agent since May of 2019. During that time, I have participated in investigations involving violent criminal matters. In addition, I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated violations related to narcotics trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York.

1

3. I make this affidavit in support a criminal complaint charging **JAMERE L. MAISONET** with violating Title 21, United States Code, Section 841(b)(1)(C), Possession with Intent to Distribute cocaine, a Schedule II controlled substance (hereinafter, the "Enumerated Offense"). This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses, as well as the Jamestown Police Department reports. This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint and does not set forth all of my knowledge about this matter.

## II.     PROBABLE CAUSE

4. On and before January 30, 2023, members of the Jamestown Police Department ("JPD"), along with law enforcement partners, conducted an investigation into the narcotics trafficking activities of **JAMERE L. MAISONET** and the premises at 116 Park Street, Upper, and 144 Park Street, Lower, Jamestown, New York ("the target premises"). As part of that investigation, JPD applied for and obtained a search warrant to search the person of **JAMERE L. MAISONET** and the premises at 116 Park Street, Upper, and 144 Park Street, Lower, Jamestown, New York. The search warrant was issued on January 25, 2023 by Judge George Panebianco, Jamestown City Court Judge, and authorized law enforcement to search for evidence of the sale and possession of controlled substances, along with money, records, scales, packaging materials, among other enumerated items.

5. On January 18, 2023, a Detective from the Jamestown Police Department was informed by a Confidential Informant (CI) who stated the **JAMERE MAISONET** was selling methamphetamine from 144 Park Street, Jamestown, NY. Jamestown Police coordinated and conducted a controlled purchase of methamphetamine from **MAISONET** utilizing the CI who was equipped with an electronic audio transmitter and provided with official agency funds by the Jamestown Police Department. Law enforcement administered a Detectachem test to the substance purchased, which was positive for Methamphetamine.

6. On January 23, 2023, a Detective from the Jamestown Police Department was contacted by a Confidential Informant (CI) who stated the **JAMERE MAISONET** was selling various types of drugs including crack cocaine, using multiple locations in the city of Jamestown. During a text message conversation between the CI and **MAISONET**, the CI was instructed to go to 144 Park Street but was soon redirected to 116 Park Street. In my experience, traffickers of narcotics often use different residences to avoid detection. Jamestown Police coordinated and conducted a controlled purchase of cocaine from **MAISONET** utilizing the CI who was equipped with an electronic audio transmitter and provided with official agency funds by the Jamestown Police Department. Law enforcement administered a TruNarc test to the substance purchased, which was positive for cocaine.

7. On January 25, 2023, a Detective from the Jamestown Police Department applied for and received authorization to search the person of **JAMERE L. MAISONET** and the residences located at 116 Park Street, Upper, and 144 Park Street, Lower, both in the City of Jamestown, New York. Through prior law enforcement encounters, surveillance, and

information received from at least one confidential informant, 116 Park Street, Upper, was determined to be the residence of **MAISONET**.

8. On January 30, 2023, at approximately 2:50 p.m., members of the Jamestown Police Department and Chautauqua County Sheriff's Office executed the search warrants on the person of **JAMERE L. MAISONET** following a traffic stop, and the Target Premises of 116 Park Street, Upper, and 144 Park Street, Lower, Jamestown, New York.

9. During the search of the Target Premises, 116 Park Street, Upper, law enforcement recovered the following items of evidentiary value:

   a. 505.6 grams of Cocaine (Confirmed via Narcotics Identification Kit Swab)
   b. Approximately $5,000 United States Currency
   c. Packaging Material

10. During the search of the Target Premises, 144 Park Street, Upper, law enforcement recovered the following items of evidentiary value:

    a. Digital Scales
    b. Plastic bags with white powder residue

11. With respect to the search warrant executed at 116 Park Street, Upper, investigators identified the spouse and a biological child of **MAISONET** within the residence. The search team also discovered a New York State Driver's License issued to **MASIONET** with the address listed as 116 Park Street, Jamestown, NY.

12. **WHEREFORE**, based upon the foregoing, I respectfully submit that there is probable cause to believe that **JAMERE L. MAISONET** did knowingly, willfully, and unlawfully violate Title 21, United States Code 841(b)(1)(C), Possession with Intent to Distribute cocaine, a Schedule II controlled substance.

                                                                                    _____
                                                                                    JEFFREY A. HOMZA
                                                                                    Special Agent
                                                                                    Federal Bureau of Investigation

Sworn to before me and subscribed telephonically
this 31st day of January, 2023.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

5