# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

OCTOBER 2022 GRAND JURY
(Impaneled 10/28/2022)

THE UNITED STATES OF AMERICA

-vs-

JAMERE MAISONET

INDICTMENT

Violations:
Title 18, United States Code, Section 922(o)(1); Title 21, United States Code, Sections 841(a)(1) and 856(a)(1); and Title 26, United States Code, Section 5861(d)
(4 Counts and 2 Forfeiture Allegations)

### COUNT 1

**(Possession of an Unregistered Machinegun)**

**The Grand Jury Charges That:**

On or about February 22, 2022, in the Western District of New York, the defendant, **JAMERE MAISONET**, did knowingly possess a machinegun, that is one (1) Glock, Model 23 Gen3, .40 caliber pistol, bearing serial number BTET684, equipped with a machinegun conversion device, not registered to the defendant in the National Firearms Registration and Transfer Record.

**All in violation of Title 26, United States Code, Sections 5841, 5845(a)(6), 5845(b), 5861(d), and 5871.**

## COUNT 2

### (Possession of a Machinegun)

**The Grand Jury Further Charges That:**

On or about February 22, 2022, in the Western District of New York, the defendant, **JAMERE MAISONET**, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), that is, one (1) Glock, Model 23 Gen3, .40 caliber pistol, bearing serial number BTET684, equipped with a conversion device, knowing and being aware of the essential characteristics of the firearm which made it a machinegun.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## COUNT 3

### (Possession with Intent to Distribute Cocaine)

**The Grand Jury Further Charges That:**

On or about January 30, 2023, in the Western District of New York, the defendant, **JAMERE MAISONET**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4

### (Maintaining a Drug Involved Premises)

**The Grand Jury Further Charges That:**

On or about January 30, 2023, in the Western District of New York, the defendant, **JAMERE MAISONET**, did knowingly and intentionally use and maintain a place, that is

the premises at 116 Park Street (upper), Jamestown, New York, for the purposes of manufacturing, distributing, and using cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1).**

## FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 1 of this Indictment, the defendant, **JAMERE MAISONET**, shall forfeit to the United States, all of his right, title, and interest in any firearm, ammunition, and magazine involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest, including, but not limited to the following item seized on February 22, 2022:

**FIREARM, AMMUNITION, AND MAGAZINE:**

a. One (1) Glock, Model 23 Gen3, .40 caliber pistol, bearing serial number BTET684, equipped with a machinegun conversion device, which was loaded with one (1) round in the chamber and thirteen (13) rounds in the magazine.

**All pursuant to Title 49, United States Code, Section 80303, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.**

## SECOND FORFEITURE ALLEGATION

### The Grand Jury Further Alleges That:

Upon conviction of Counts 1 or 2 of this Indictment, the defendant, **JAMERE MAISONET**, shall forfeit to the United States, all of his right, title, and interest in any firearm, ammunition, and magazine involved or used in the commission of the offense(s), or

3

found in the possession or under the immediate control of the defendant at the time of arrest, including, but not limited to the following item seized on February 22, 2022:

**FIREARM, AMMUNITION, AND MAGAZINE:**

a. One (1) Glock, Model 23 Gen3, .40 caliber pistol, bearing serial number BTET684, equipped with a machinegun conversion device, which was loaded with one (1) round in the chamber and thirteen (13) rounds in the magazine.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, October 10, 2023.

    TRINI E. ROSS
    United States Attorney

BY:   S/PIERRE RICHARD ANTOINE
    PIERRE RICHARD ANTOINE
    Assistant United States Attorney
    United States Attorney's Office
    Western District of New York
    138 Delaware Avenue
    Buffalo, New York 14202
    716/843-5884
    Richard.Antoine@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON