UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        vs.                                    NOTICE OF MOTION

JAMERE MAISONET,
                        Defendant
_____

| | |
|---|---|
| MOTION BY: | Judith M. Kubiniec, Attorney for Defendant Jamere Maisonet |
| DATE, TIME, & PLACE: | Before the Honorable Michael J. Roemer, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York |
| SUPPORTING PAPERS: | Affidavit of J.M. Kubiniec, dated Jaunary 16, 2024 |
| RELIEF REQUESTED: | Adjournment of motion deadline |
| DATED: | Buffalo, New York, January 16, 2024 |

                                              s/Judith M. Kubiniec
                                              _____
                                              Judith M. Kubiniec
                                              Attorney for Defendant Jamere Maisonet
                                              402 Amherst Street
                                              Buffalo, New York 14207
                                              (716) 873-9161
                                              Email address: judithkubiniec@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                                                           **23-CR-112**

        vs.

                                                                                          **AFFIDAVIT**

JAMERE MAISONET,
                         Defendant.
_____

       JUDITH M. KUBINIEC, duly affirms and states:

       1.       That she is the attorney for defendant Jamere Maisonet in this matter and is familiar with many of the facts and circumstances surrounding the case.

       2.       That this affidavit is made in support of a request for an additional 30 days from this date to file motions in this matter.

       3.       Counsel has been reviewing discovery in this matter, and is in receipt of a draft plea agreement from the government.  Counsel and the government have conferred about the plea agreement.

       4.       Mr. Maisonet resides in Jamestown, NY and has had some difficulty with winter weather getting to Buffalo and coordinating with counsel's schedule.

       5.       AUSA Richard Antione does not object to the additional time for the defense to file motions.

       6.       The additional time sought by the defense is in the best interests of the defendant, and will enable counsel and the defendant to fully review all of the possible options for resolution of this matter.

Affirmed at Buffalo, New York this 16th day of January, 2024

<u>*s/ Judith M. Kubiniec*</u>

23-CR-112

## Certificate of Service

I hereby certify that on January 16, 2024, I electronically filed the foregoing Notice of Motion and Motion for Adjournment of Motion Deadline with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Richard Antoine, Esq.
>Assistant United States Attorney
>138 Delaware Avenue
>Buffalo, New York 14202

>*s/ Judith M. Kubiniec*
>_____
>Judith M. Kubiniec