IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                     23-CR-112-JLS

JAMERE MAISONET,

        Defendant

## NOTICE OF MOTION AND MOTION TO
## SET A DATE FOR TRIAL OR CHANGE OF PLEA

**PLEASE TAKE NOTICE** that the United States of America, by its attorneys, Trini E. Ross, United States Attorney for the Western District of New York, and Pierre R. Antoine, Assistant United States Attorney, of counsel, hereby moves this Court to set a date for trial or change of plea in this action, such motion to be heard by the United States District Court for the Western District of New York, United States Courthouse 2 Niagara Square, Buffalo, New York, at a date and time to be determined by the Court.

    DATED: Buffalo, New York, February 19, 2024.

                                      TRINI E. ROSS
                                      United States Attorney

                BY:    */s/Pierre R. Antoine*
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          716/843-5884
                          Richard.Antoine@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                      23-CR-112-JLS

JAMERE MAISONET,

          Defendant

**AFFIRMATION**

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO   )

      **PIERRE R. ANTOINE,** being duly sworn, deposes and states:

      1.      I am an Assistant United States Attorney for the Western District of New York assigned to the prosecution of the above-referenced case. This affirmation is submitted in support of the government's motion to set a date for trial or change of plea in this action.

      2.      According to the pretrial scheduling order issued by the Honorable Michael J. Roemer, United States Magistrate Judge, the defense was to file any pretrial motions by February 16, 2024. As of today, the defendant has not filed any motions. Because no motions have been filed, the Speedy Trial Clock has begun to run as of February 17, 2024. Therefore,

the government requests a status conference before the Court to schedule change of plea proceedings, a further status conference, or a trial date in this matter.

3. Based on the foregoing, it is respectfully requested that a date for trial, change of plea or further status conference be set by the Court in this action.

*/s/PIERRE R. ANTOINE*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5884
Richard.Antoine@usdoj.gov
