IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

     v.                                                                                        23-CR-112-JLS-MJR

JAMERE MAISONET,

                  Defendant.
_____

## NOTICE OF MOTION AND MOTION

THE UNITED STATES OF AMERICA, by and through its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Pierre R. Antoine, Assistant United States Attorney, hereby moves the Court for a 30-day adjournment of the government's omnibus motion response due on March 8, 2024, for the reasons set forth in the attached affidavit.

    DATED: Buffalo, New York, March 8, 2024.

                                              TRINI E. ROSS
                                              United States Attorney

                        BY:    s/PIERRE R. ANTOINE
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                716/843-5884
                                Richard.antoine@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                              23-CR-112-JLS-MJR

JAMERE MAISONET,

                Defendant.
_____

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE       )    SS:
CITY OF BUFFALO     )

      **PIERRE R. ANTOINE,** being duly sworn, deposes and states:

      1.      I am an Assistant United States Attorney for the Western District of New York and assigned to my office's file regarding this action. This affidavit is submitted in support of a motion for a 30-day adjournment of the government's pretrial omnibus motion response due on March 8, 2024.

      2.      On March 8, 2024, the parties appeared before the Honorable John L. Sinatra for a Frye/Laffler hearing. The defendant represented that he has discussed the terms of the plea agreement with his attorney, Judith M. Kubiniec, Esq., but has not decided whether to

accept the offer at this time. The government indicated the terms of the plea agreement would expire at 5:00 p.m. on March 8, 2024.

3. Following the hearing, defense counsel informed the government she needed additional time to consult with U.S. Probation regarding the proposed plea agreement. Further, counsel noted she has no objections to the government's request to extend the due date for the government's motion response. Accordingly, so the parties could have another opportunity to resolve this matter, the government hereby moves the Court for a 30-day extension of the government's motion response.

**WHEREFORE**, it is respectfully requested that the government's deadline to file its pretrial motion response be extended by 30 days.

> s/PIERRE R. ANTOINE
> Assistant United States Attorney
> United States Attorney's Office
> Western District of New York
> 138 Delaware Avenue
> Buffalo, New York 14202
> 716/843-5884
> Richard.antoine@usdoj.gov

Subscribed and sworn to before me
this 8th day of March, 2024.

s/CHELSEA SCARSELLA
Commissioner of Deeds
In and for the City of Buffalo, New York
My Commission Expires Dec 31, 2024

2